■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIE SPRAGUE, Appellant. [29 NYS3d 222]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered May 14, 2013. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a forged instrument in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.